UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br>    Plaintiff,<br>    v.<br>STORAGE EQUITIES, INC., et al.,<br>    Defendants. | Case No. 15-cv-04716-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 23 |

In anticipation of the case management conference scheduled for October 19, 2016, the parties submitted a joint case management conference statement in which Defendants claim that they do not consent to the assignment of the case to a magistrate judge. (Dkt. 23 at 6:25-26.) In January 2016, Defendants consented to proceed before a magistrate judge through judgment. (Dkt.13.) Defendants are HEREBY ORDERED TO SHOW CAUSE as to why the case should be reassigned in light of the Defendants' earlier consent. Defendants shall respond to this order no later than 5:00 p.m. on October 19, 2016. The Case Management Conference scheduled for October 19, 2016 is off calendar until further notice.

**IT IS SO ORDERED**.

Dated: October 14, 2016

_____
SALLIE KIM
United States Magistrate Judge